IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO.   1:16cr58-LG-JCG-1

KRISTOPHER BRUMFIELD

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the defendant, Kristopher Brumfield, and respectfully moves this Court to continue the sentencing hearing currently scheduled for July 27, 2017, and in support thereof, states as follows:

I.

On March 21, 2017, Kristopher Brumfield pleaded guilty to one count of Possession of Child Pornography with Intent to View in violation of 18 U.S.C. §2252(a)(4)(B). He is currently scheduled for sentencing on July 27, 2017.

II.

On July 19, 2017, Mr. Brumfield's mother, Karen Brumfield, a resident of Florida was in a car accident. As a result of the accident, Ms. Brumfield suffered bruised ribs and a broken collarbone. She was discharged from the hospital with orders to not travel until she has been seen by an orthopedic surgeon. Ms. Brumfield is scheduled to see an orthopedic surgeon on August 15, 2017. Mr. Brumfield requests that his sentencing hearing be continued until his mother can travel to Mississippi.

III.

Assistant United States Attorney Andrea Jones does not oppose the requested continuance.

IV.

The defendant submits that the requested continuance will serve the ends of justice and is not sought for purposes of delay.

WHEREFORE, the Defendant respectfully requests that his Motion for Continuance be granted and that the sentencing hearing be continued until a date agreeable to all parties.

Respectfully submitted this the 25th day of July, 2017.

S. DENNIS JOINER
Federal Public Defender

By: /s/John W. Weber, III
JOHN W. WEBER, III (MSB#101020)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Phone: (228) 865-1202
Fax: (228) 867-1907
Email: John_Weber@fd.org
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John W. Weber, III, do hereby certify that I have this day electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney Andrea Jones.

This the 25th day of July, 2017.

By: /s/John W. Weber, III
JOHN W. WEBER, III
*Attorney for Defendant*